IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FREDERICK LENORIS SHAW, | ) Removed from the |
| | ) Circuit Court of |
| PLAINTIFF, | ) Houston County, Alabama |
| | ) CV-07-295H |
| vs. | ) 1:07CV621-mht |
| THE CITY OF DOTHAN, ALABAMA, OFFICER CHARLOTTE JENKINS, ET AL., | ) |
| DEFENDANTS. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C.A. §§ 1441 and 1446, Defendants City of Dothan, Alabama, and Officer Charlotte Jenkins, et al., hereby serve notice of removal of this case from the Circuit Court of Houston County, Alabama to this Honorable Court and respectfully show as follows:

1. This lawsuit was originally filed on May 14, 2007 in the Circuit Court of Houston County, Alabama and was assigned case number CV 07-295H. This case has federal claims under 42 U.S.C. §§ 1983 and 1988. This Court has original subject matter jurisdiction over this claim which alleges that Plaintiff's civil rights were violated. Therefore, pursuant to 28

U.S.C.A. §§ 1331 and 1441, the Plaintiff's Complaint is removable to this Court.

2. The Defendant, Rhonda M. May, by and through her counsel, has consented to the removal of this case to Federal Court.

3. Pursuant to 28 U.S.C.A. § 1446(d), Defendants, The City of Dothan, Alabama and Officer Charlotte Jenkins, have this day served a copy of this notice on the Plaintiff and on the clerk of the state court.

Respectfully submitted this 3rd day of July, 2007.

                                  F. Lenton White (WHI035)
                                  City Attorney
                                  City of Dothan

OF COUNSEL FOR DEFENDANT
CITY OF DOTHAN, ALABAMA,
and OFFICER CHARLOTTE JENKINS
P.O. Box 2128
Dothan, AL 36302
Telephone (334) 615-3130
Fax (334) 615-3139

## CERTIFICATE OF SERVICE

I do hereby certify that on July 3, 2007, I have this day served a copy of the above and foregoing document by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed to the following counsel of record:

Frederick Lenoris Shaw, A.I.S. 184740
P.O. Box 56
Elmore, Alabama  36025
*Plaintiff*

Cheairs Porter
State of Alabama Attorney General's Office
11 S. Union St.
Montgomery, Alabama  36130-1553
*Of Counsel for Defendant Rhonda M. May*

_____
*Of Counsel*

| State of Alabama<br>Unified Judicial System | SUMMONS<br>-CIVIL- | Case Number |
|---|---|---|
| Form C-34   Rev 6/88 | | CV-07-295 H |

IN THE _CIRCUIT_ COURT OF _HOUSTON_ COUNTY

Plaintiff _Frederick Lenoris Shaw_ v. Defendant _Mayor, City of Dothan et al._

NOTICE TO _City Hall Dothan Alabama 36302_

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _Pro-se_ WHOSE ADDRESS IS _P.O. Box 56 Elmore, Ala 36025 Dorm C-2_.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _30_ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

[✓] You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

[ ] Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _June 14, 2007_    _Carla Woodall, Clerk_    By: _____
                        Clerk/Register

[ ] Certified Mail is hereby requested.

_____
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

[ ] Return receipt of certified mail received in this office on _____ (Date)

[ ] I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____ (Date)

_____        _____
Date                 Server's Signature

_____        _____
Address of Server    Type of Process Server

SCANNED

|  |  |  |
|---|---|---|
|  | * | |
| FREDERICK LENORIS SHAW. | * | IN THE CIRCUIT COURT OF |
| PLAINTIFF. | ** | |
|  |  | HOUSTON COUNTY, ALABAMA. |
|  | * | |
| VS. | * | CIVIL DIVISON: |
|  | ** | |
| THE CITY OF DOTHAN, ALABAMA, |  | CASE NO: CV-07-295 H |
| OFFICER, CHARLOTTE JENKINS, | * | |
| RHONDA M. MAY, | * | |
| DEFENDANTS, ET, AL,. | * | |

FILED MAY X 8 2007 Carla Woodall, Clerk Houston County, AL

FILED MAY 1 4 2007 Carla Woodall, Clerk Houston County, AL

THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C. SECTION 1983 TO REDRESS THE DEPRIVATION, UNDER COLOR OF STATE LAW, OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES. THE COURT HAS JURISDICTION UNDER 28 U.S.C. SECTION 1331 AND 1343(a)(3), PLAINTIFF SEEKS DECLARATORY RELIEF PURSUANT TO 28 U.S.C. SECTION 2201 AND 2202. PLAINTIFF'S CLAIM FOR INJUNCTIVE RELIEF ARE AUTHORIZED BY 28 U.S.C. SECTION 2283 & 2284 AND RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

**HOUSTON COUNTY** IS THE APPROPRIATE VENUE UNDER 28 U.S.C. SECTION 1391(b)(2) BECAUSE IT IS WHERE THE EVENT GIVING RISE TO THIS CLAIM OCCURRED.

**1. FREDRICK LENORIS SHAW,** IS AND WAS AT ALL TIMES MENTIONED HEREIN A PRISONER OF THE STATE OF ALABAMA IN THE CUSTODY OF THE ALABAMA DEPARTMENT OF CORRECTIONS. HE IS CURRENTLY CONFINED IN THE STATON CORRECTIONAL FACILTY IN ELMORE COUNTY, ALABAMA.

2. THE PLAINTIFF IS BRINGGING FORTH THIS CIVIL ACTION CLAIM AGAINST THE NAMED DEFENDANTS WHERE AT THE TIME OF HIS ARREST HE WAS ARRESTED IN HOUSTON COUNTY, ALABAMA, DOTHAN: BY THE CITY POLICE DEPARTMENT OFFICER, CHARLOTTE JENKINS. AND RHONDA M. MAY SIGNED TO HAVE THE PLAINTIFF ARRESTED AS OF THE COMPLAINT.

## FACTS

**THE PEOPLE IN THE COMPLAINT AT THE TIME OF THEIR WRONGFULL CONDUCT WAS ACTING UNDER COLOR OF STATE LAW" WHEN THEY CLEARLY VIOLATED THE PLAINTIFFS RIGHTS:**

////////////////////////////////////////////////////////////////////

PLAINTIFF WAS ARRESTED ON THE 1/15/2000. AND CHARGED WITH TWO COUNTS OF SEXUAL ABUSE IN THE FIRST DEGREE IN HOUSTON COUNTY.THE GRAND JURY RETURNED TWO INDICTMENTS CHARGING PLAINTIFF WITH SEXUAL ABUSE IN THE FIRST DEGREE IN VIOLATION OF Ala.CODE @13A-6-66. THE HONORABLE JUDGE.LARRY ANDERSON AND JUDGE.Ed JACKSON. WAS ASSIGNED TO THE CASE.

THE PLAINTIFF WAS WRONGFULLY ARRESTED BY THE CITY POLICE DEPARTMENT BY OFFICER.CHARLOTTE JENKINS,WHERE THE COMPLAINT WAS SIGNED BY RHONDA M. MAY. WHICH CAUSED THE PLAINTIFF TO BECOME ARRESTED. WHERE THE OFFICIALS ALSO ALLOWED FOR THE PLAINTIFF TO LEAVE THE POLICE DEPARTMENT AND RETURN HOME. UPON THE PLAINTIFF BEING ARRESTED AGAIN,AND INDICTED THEN TRIED,THE PLAINTIFF WAS CONVICTED AND SENTENCED TO A TERM OF TWENTY YEARS ON BOTH COUNTS WHICH RAN CC:

## FACTS-2

**THE PLAINTIFF STATES,**THEIR WAS NEVER A PROBABLE CAUSE TO BE ARRESTED BY POLICE,WHERE AT THE TIME THE OFFICERS ARRIVED AT THE HOME OF DAVEON & MATAVIS & CASSANDRA POKE THEIR WAS NO MENTION OF ANY SEXUAL ABUSE MENTION THEN PHILLIP MORRIS LIED AND STATED THAT THE PLAINTIFF WAS LOCKED IN THE ROOM WITH THE VICTIMS. .THEN ONCE THE WITNESS**PHILLIP MORRIS** WAS CALLED AS A WITNESS FOR TRIAL HE STATED:HE WAS NEVER TOLD BY THE CHILDREN OF CASSANDRA POKE THAT SHAW HAD EVER TOUCHED THEM,HE ALSO STATED HE NEVER TOLD THE MOTHER OF THE CHILDREN THAT SHAW/PLAINTIFF HAD EVER TOUCHED THE CHILDREN,HE ALSO SAID THE BOYS NEVER MADE ANY ALLEGATIONS ABOUT THE PLAINTIFF OF ANY SEXUAL ABUSE.

## FACTS-3

THE DOCTOR, **DR. GREGORY JOHNS** AN EMERGENCY ROOM DOCTOR, EXAMINE THE CHILDREN ON OCTOBER 14, 1999, JUST FIVE DAYS AFTER ONE OF THE ALLEGED INSTANCES OF SEXUAL ABUSE, WHERE THE DOCTOR TESTIFIED THAT HE FOUND NO PHYSICAL EVIDENCE THAT THE BOYS HAD BEEN PHYSICALLY MOLESTED, IN THE RECORD OF MATAVIS, DOCTOR JOHNS HAD NOTED THAT THE CHILDS RECTAL AREA SHOWED NO SIGNS OF TRAUMA OR IRRITATION WHATSOEVER, WITH NO TEARS, BLEEDING OR OTHER ABNORMALITY.----PLUS THE DOCTOR STATED: **INCONSISTENCIES IN THE DATES REPORTED BY THE MOTHER OF THE ALLEGED ABUSE. AND THE DOCTOR STATED IT WAS NOT NORMAL AND WAS UNCOMMON FOR A MOTHER TO WAIT ALMOST ONE WEEK FROM THE DATE OF AN ALLEGED ABUSE TO SEEK MEDICAL ATTENTION FOR HER CHILDREN WHO WERE THE PURPORTED VICTIMS OF THE ALLEGED ABUSE.** PLAINTIFF STATES THAT THIS NEVER HAPPEN AT ALL JUST AS HE STATED UPON BEING ARRESTED.

## FACTS-4

**SHERRI SHAW:** THE CLINICAL COORDINATOR FOR THE SOUTHEAST ALABAMA CHILD ADVOCACY CENTER, STATED SHE DID NOT INTERVIEW THE ALLEGED VICTIMS IN THE CASE, NOR DID SHE REVIEWED ANY RECORDS UPON WHICH TO BASE AN OPINION.

## FACTS-5

OFFICER JENKINS STATED, UPON GOING TO THE ALLEGED VICTIMS HOME ON THE 9th OF OCTOBER, SHE TOLD THE MOTHER OF THE CHILDREN TO TAKE THE KIDS TO THE HOSPITAL THEN. BUT THE MOTHER DIDNOT TAKE THE CHILDREN. IT WAS ABOUT TWO WEEKS LATER. **SEE: FACTS OF THE PLAINTIFF #-4 & 3....**

PLAINTIFF STATES, THAT THE ELEMENTS OF SEXUAL ABUSE IN THE FIRST DEGREE HAS NEVER BEEN PROVEN AS OF THE TRUTH IN THE MATTER, AND TO CAUSE AN UNLAWFULL ARREST AGAINST THE PLAINTIFF HAS CLEARLY VIOLATED THE PLAINTIFF'S CONSTITUTIONAL RIGHTS TO EQUAL PROTECTION OF THE LAW, WHILE THE DEFENDANTS WHERE ACTING UNDER COLOR OF STATE LAW AT THE TIME OF THE WRONGFULL ARREST OF THE PLAINTIFF, WHERE NO PROBABLE CAUSE EVER EXISTED.

PLAINTIFF STATES, THE WRONGFULL ARREST AND THE ILLEGAL CONVICTION HAS CAUSED IRREPARABLE INJURYS BY THE NAMED DEFENDANTS IN THIS CAUSE OF ACTION WHERE THE PLAINTIFF CONSTITUTIONAL RIGHTS HAVE BEEN CLEARLY VIOLATED WHILE THE NAMED DEFENDANTS WERE ACTING UNDER COLOR OF STATE LAW TO DEPRIVE THE PLAINTIFF OF HIS FREEDOM TO A WRONGFULL CONVICTION AND ILLEGAL ARREST WHERE THE EVIDENCE DID NOT EVER WANT AN ARREST FOR THE ALLEGED CRIME OF SEXUAL ABUSE IN THE FIRST DEGREE AS OF THE CODE OF --- ALABAMA STATAES.

**RELIEF SOUGHT:**

**WHEREFORE PLAINTIFF,** RESPECTFULLY PRAYS THAT THIS COURT ENTER JUDGEMENT GRANTING PLAINTIFF THE PROPER RELIEF, AND A HEARING ON ALL THE ISSUES THAT HAVE BEEN PLACED AGAINST THE DEFENDANTS IN THIS CAUSE OF ACTION. **COMPENSATORY DAMAGES** IN THE AMOUNT OF $2.000.000.00 DOLLARS AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY. **PUNITIVE DAMAGES** IN THE AMOUNT OF $3.000.000.00 DOLLARS AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY. A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY. PLAINTIFF COST IN THIS SUIT, AND ALSO ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER, AND AQUITABLE.

DONE ON THIS THE _4th_ DAY OF _May_ 2007.

PLAINTIFF _Frederick Lenoris Shuy_, P.O. BOX 56 ELMORE, ALABAMA 36025. DORM-C2   A.I.S. _184740_

**CERTIFICATE OF SERVICE**

I HAVE ON THIS THE _4th_ DAY OF _May_ 2007. SERVED A COPY OF THIS COMPLAINT ONTO THE COURTS OF HUSTON COUNTY, ALABAMA **(DOTHAN)** BY PLACING THE SAME INTO THE U.S. MAIL POSTAGE PRE-PAID ON THIS DAY: TO THE COURT CLERK:

| State of Alabama<br>Unified Judicial System<br>Form C-10A<br>Page 1 of 2   Rev.2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP | Case Number<br>CV-07-295H |
|---|---|---|

IN THE __CIRCUIT__ COURT OF __HOUSTON__, ALABAMA
(Circuit, District, or Municipal)                                   (Name of County or Municipality)

STYLE OF CASE: __Frederick Lenoris Shaw__ v. __City of Dothan, et al__
                           Plaintiff(s)                                           Defendants(s)

TYPE OF PROCEEDING: __Civil Suit__ CHARGE(s) (if applicable):_____

☑ CIVIL CASE-- I, because of substantial hardship, am unable to any the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ CIVIL CASE-- (such as paternity, support, termination of parental rights, dependency) – I am financially unable to heir an attorney and I request that the court appoint on for me.

☐ CRIMINAL CASE-- I am financially unable to hire an attorney and request that the court appoint one for me.

☐ DELINQUENCY/NEED OF SUPERVISION-- I am financially unable to hire an attorney and request that the court appointment one of my child/me

**AFFIDAVIT**

SECTION 1.

1. IDENTIFICATION
   Full name __Frederick Lenoris Shaw__ Date of Birth _____
   Spouse's Full name (if married) _____
   Complete home address __P.O. Box 56 Elmore, Ala 36025__

   Number of people living in household __N/A__
   Home telephone number __N/A__
   Occupation/Job __N/A__ Length of employment __N/A__
   Driver's license number __N/A__ *Social Security Number __N/A__
   Employer __N/A__ Employer's telephone number __N/A__
   Employer's address __N/A__

2. ASSISTANCE BENEFITS
   Do you or anyone residing in your household receive benefits from any of the following sources? (if so, please check those which apply)
   ☐ AFDC   ☐ Food Stamps   ☐ SSI   ☐ Medicaid   ☐ Other __N/A__

3. INCOME/EXPENSE STATEMENT

   Monthly Gross Income:
   Monthly Gross Income                                                $ 0
   Spouse's Monthly Gross Income (unless a martial offense)              0
   Other Earnings: Commissions, Bonuses, Interest Income, etc,           0
   Contributions from Other People Living in Household                   0
   Unemployment/Workmen's Compensation,
     Social Security, Retirements, etc,                                  0
   Other Income (be specific) _____                                     0

   TOTAL MONTHLY GROSS INCOME                                     $ N/A

   Monthly Expenses:
   A. Living Expenses
      Rent/Mortgage                                                $ 0
      Total Utilities: Gas, Electricity, Water, etc                   0
      Food                                                            0
      Clothing                                                        0
      Health Care/Medical                                             0
      Insurance                                                       0
      Car Payment(s)/Transportation Expenses                          0
      Loan Payment(s)                                                 0
   *OPTIONAL

| Form C-10A  Page 2 of 2  Rev.2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP | |
|---|---|---|

Monthly Expenses: (cont'd page 1)
Credit Card Payment(s) — 0
Educational/Employment Expenses — 0
Other Expenses (be specific) _____ — 0

Sub-Total     A $ 0

B. Child Support Payment(s)/Alimony     $ 0
Sub-Total     B $ 0
C. Exceptional Expenses     $ 0

TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)     $ 0

Total Gross Monthly Income Less total monthly expenses:
DISPOSABLE MONTHLY INCOME     $ 0

4. LIQUID ASSETS:
Cash on Hand/Bank (*or otherwise available such as stocks, bonds, certificates of deposit*)     $ 0
Equity in Real Estate (value of property less what you owe)     0
Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe)     0
Other (*be specific*)
Do you own anything else of value?  ☐ Yes ☑ No
(land, house, boat, TV, stereo, jewelry)     0
If so, describe _____

TOTAL LIQUID ASSETS     $ 0

5. Affidavit/Request
I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury, I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provide by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

4th day of May, 2007

_____JCBurnett_____
Judge/Clerk/Notary

X _____
Affiant's Signature

X Fredrick L Shaw
Print or Type Name

Carla Woodall, Clerk
Houston County, AL
FILED MAY 2007

SECTION II.                ORDER OF COURT

[ ] Affiant is not indigent and request is DENIED.

[ ] Affiant is partially indigent and able to contribute monetarily toward his defense; therefore, defendant is ordered to pay $_____ towards the anticipated cost of appointed counsel. Said amount is to be paid to the Clerk of Court or as otherwise ordered and disbursed as follows: _____

[ ] Affiant is indigent and request is GRANTED.

[✓] The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____, is hereby appointed as counsel to represent affiant.

IT IS FURTHER ORDERED AND ADJUDGED that the Court reserves the right and may order reimbursement of attorney's fees and expenses.

Done this 11th day of June, 2007

_____
Judge

403300 CV 000295 2007
MAYOR CITY OF DOTHAN ET AL
CITY HALL
DOTHAN, 00000