IN THE CIRCUIT COURT OF
HOUSTON COUNTY, ALABAMA
CIVIL DIVISION

FILED
JUL 5 2007
Carla Woodall, Clerk
Houston County, AL

| | |
|---|---|
| FREDERICK LENORIS SHAW, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| ) | |
| vs. ) | CASE NO. CV-07-295H |
| ) | |
| THE CITY OF DOTHAN, ) | 1:07CV621-mht |
| ALABAMA, OFFICER ) | |
| CHARLOTTE JENKINS, ET AL., ) | |
| ) | |
| DEFENDANTS. ) | |

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

Please take notice that pursuant to 28 U.S.C.A. § 1446, Defendants City of Dothan, Alabama and Officer Charlotte Jenkins hereby give notice of removal of the above-styled matter to the United States District Court for the Middle District of Alabama. A copy of the Notice of Removal is attached hereto.

Respectfully submitted this 3rd day of July, 2007.

_____
F. Lenton White (WHI035)
City Attorney
City of Dothan

OF COUNSEL FOR DEFENDANT
CITY OF DOTHAN, ALABAMA,
and OFFICER CHARLOTTE JENKINS
P.O. Box 2128
Dothan, AL 36302
Telephone (334) 615-3130
Fax (334) 615-3139

## CERTIFICATE OF SERVICE

I do hereby certify that on July 3rd, 2007, I have this day served a copy of the above and foregoing document by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed to the following counsel of record:

Frederick Lenoris Shaw, A.I.S. 184740
P.O. Box 56
Elmore, Alabama 36025
*Plaintiff*

Cheairs Porter
State of Alabama Attorney General's Office
11 S. Union St.
Montgomery, Alabama 36130-1553
*Of Counsel for Defendant Rhonda M. May*

_____
*Of Counsel*

2