IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FREDERICK LENORIS SHAW, | ) Removed from the |
| | ) Circuit Court of |
| PLAINTIFF, | ) Houston County, Alabama |
| | ) CV-07-295H |
| vs. | ) 1:07CV621-mht |
| THE CITY OF DOTHAN, ALABAMA, OFFICER CHARLOTTE JENKINS, ET AL., | ) |
| DEFENDANTS. | ) |

## MOTION TO DISMISS

Come now the Defendants City of Dothan and Charlotte Jenkins, by and through the undersigned attorney and pursuant to Rule 12(b)(6), A. R. Civ. P. and move this Court to dismiss Plaintiff's Complaint and as grounds therefor says as follows:

1. Plaintiff's Complaint alleges (presumably) that Defendant City of Dothan Police Officer Charlotte Jenkins violated his Fourth Amendment right against unlawful seizure under color of law on January 15, 2000. Plaintiff alleges there was at that time no probable cause for his arrest for sexual abuse, first degree.

2. While § 1983 contains no specific statute of limitations, the Eleventh Circuit has consistently held that the forum state's statute of limitations for personal injury actions is applied to actions brought pursuant to 42 U.S.C. § 1983. Uboh v. Reno, 141 F.3d 1000, 1002 (11th Cir. 1998).

3. In Alabama, Section 1983 claims must be brought within two years of their accrual. Cove Properties, Inc. v. Walter Trent Marina, Inc., 702 So. 2d 471 (Ala. Civ. App. 1997).

4. Plaintiff's Complaint fails to allege that he was found not guilty of said charge or that his conviction was reversed, expunged or otherwise found invalid. Heck v. Humphrey, 512 U.S. 477, 114 S. Ct. 2364 (1994).

5. Plaintiff's Complaint fails to state a claim against the City of Dothan under Section 1983. A municipality cannot be found liable on a theory of respondeat superior. Busby v. City of Orlando, 931 F.2d 764, 776 (11th Cir. 1991).

WHEREFORE, based upon the foregoing, Defendants Jenkins and City of Dothan move this Court to dismiss all claims against them with prejudice.

Respectfully submitted this 3rd day of July, 2007.

_____
F. Lenton White (WHI035)
City Attorney
City of Dothan

OF COUNSEL FOR DEFENDANT
CITY OF DOTHAN, ALABAMA,
and OFFICER CHARLOTTE JENKINS
P.O. Box 2128
Dothan, AL 36302
Telephone (334) 615-3130
Fax (334) 615-3139

## CERTIFICATE OF SERVICE

I do hereby certify that on July 3, 2007, I have this day served a copy of the above and foregoing document by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed to the following counsel of record:

Frederick Lenoris Shaw, A.I.S. 184740
P.O. Box 56
Elmore, Alabama 36025
*Plaintiff*

Cheairs Porter
State of Alabama Attorney General's Office
11 S. Union St.
Montgomery, Alabama 36130-1553
*Of Counsel for Defendant Rhonda M. May*

_____
Of Counsel

3