IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDERICK LENORIS SHAW, #184740, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:07-CV-621-MHT |
| ) | |
| THE CITY OF DOTHAN, ) | |
| ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon review of the affidavit of financial hardship filed by the plaintiff (Court Doc. No. 1-2 at pp. 6-7), which the court construes to contain a motion for leave to proceed *in forma pauperis* before this court, and for good cause, it is

ORDERED that such motion be and is hereby GRANTED.

Done this 11th day of July, 2007.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE