IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF ALABAMA

SOUTHERN DIVISION:

| | |
|---|---|
| **FREDERICK LENORIS SHAW.** | ( ) |
| **PLAINTIFF.** | ( ) |
| | ( ) 1:07cv 621-MHT |
| **VS.** | ( ) **OBJECTION TO THE REMOVAL FROM THE CIRCUIT COURT OF HOUSTON COUNTY,** |
| **THE CITY OF DOTHAN,et,al,.** | ( ) **ALABAMA.** |
| **CHARLOTTE JENKINS,et,al,.** | ( ) **CASE NO: CV-2007-295-H** |
| **DEFENDANTS.** | ( ) |
| | ( ) |

PLAINTIFF NOW FILES THIS OBJECTION AS TO REMOVE THE CIVIL CLAIM FROM
THE CIRCUIT COURT OF HOUSTON COUNTY,WHERE THIS IS A TORT CLAIM AGAINST
THE NAMED DEFENDANTS. WHILE THEY WERE ACTING UNDER COLOR OF STATE LAW

PLAINTIFF STATES AS OF THE LAW, THE APPORPAITE VENUE UNDER 28 u. s. c.

SECTION 1391(b) (2) IS BECAUSE THIS IS WHERE THE EVENT GIVING RAISE TO

THE CLAIM WERE THE EVENT OCCURRED AT, THEREFORE THIS COURT HAS JURISDICTION

IN THE CIRCUIT COURT AND IS DUE NOT TO BE REMOVED AS OF THE LAW AND AS

OF THE CONSTITUTION:

**WHEREFORE:**PLAINTIFF STATES THIS CASE IS DUE TO BE TRIED AND HEARD IN THE

CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA (DOTHAN) ALABAMA.

CERTIFICATE OF SERVICE

I HAVE SERVED A COPY OF THE FOREGOING ONTO THE COURTS BY PLACING THE

SAME INTO THE U.S.MAIL POSTAGE PRE-PAID ON THIS THE *12th* DAY OF *July*

2007.

PLAINTIFF *Frederick Lenoris Shaw*

P. O. BOX 56 ELMORE, ALABAMA 36025.
DORM-C2

MONTGOMERY AL 361

16 JUL 2007 PM 1 T

Mr. Frederic L. Small, 184740
P.O. Box 56
Elmore, Ala 36025
C2

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Ala 36101-077

36101+0711

Legal
Mail