**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **FREDERICK LENORIS SHAW,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **VS.** | )   **CASE NO.: 1:07-cv-621-MHT-CSC** |
| | ) |
| **THE CITY OF DOTHAN, ET AL.,** | ) |
| | ) |
|     **Defendants.** | ) |

## MOTION TO DISMISS DEFENDANT RHONDA MAY

COMES NOW the **Defendant Rhonda May**, by and through undersigned counsel, and moves this Honorable Court to dismiss all claims against her, and in support thereof states as follows:

1. The Plaintiff's claims are barred by the applicable statute of limitations.

2. The Defendant Rhonda May is immune from suit.

3. The Plaintiff has failed to state a claim upon which relief may be granted.

4. In further support of the instant Motion to Dismiss, the Defendant Rhonda May has attached a Brief in Support of the Motion to Dismiss Defendant Rhonda May.

WHEREFORE, based upon the forgoing, the Defendant Rhonda May respectfully requests that this Honorable Court dismiss the Plaintiff's claims against Defendant Rhonda May with prejudice.

Respectfully submitted on this 18th day of July, 2007.

   /s/ CHEAIRS M. PORTER
CHEAIRS M. PORTER (POR015)
Assistant Attorney General
Counsel for Defendant Rhonda May

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL 36130
(334) 353-8811
(334) 242-2433 (fax)

**CERTIFICATE OF SERVICE**

     I do hereby certify that I have, this 18th day of May, 2007, electronically filed the foregoing pleading with the Clerk of the Court, using CM/ECF filing system, and that I have further served a copy of the foregoing upon the following persons, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Frederick Shaw, #184740
Elmore Correctional Facility
PO Box 56
Elmore, AL 36025

   /s/ CHEAIRS M. PORTER
OF COUNSEL