IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 AUG -11 A 9: 20

FREDERICK LENORIS SHAW.

PLAINTIFF.

VS.

TEH CITY OF DOTHAN,ET,AL,.

()
()
()
()
()

2007 AUG -11 A 9: 20

...RA P. HACKETT. CL..
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

1:07

CASE NO:621-MHT-CSC

**THE PLAINTIFF NOW FILES THIS OBJECTION AS OF THE RECOMMENDATION OF THE MAGISTRATE JUDGE'S ORDER.**

**************************************************************************

THE PLAINTIFF NOW FILES THIS OBJECTION AS OF THE MAGISTRATE JUDGES RECOMENDATION.

**PLAINTIFF STATES THE FOLLOWING:**

THE PLAINTIFF STATES THAT HE WAS ILLEGALLY ARRESTED WITHOUT PROBALE CAUSE BY THE POLICE DEPARTMENT OF HOUSTON COUNTY,(DOTHAN).WHERE UPON QUESTING THE OFFICIALS STATED THAT THEIR WAS NOT PROBALE CAUSE TO ARREST THE PLAINTIFF AND THEY RELEASED THE PLAINTIFF.

PLAINTIFF STATES UNDER **BONNER V. COTY OF PRICHARD,661 F.2d 1206(1981)**THAT THE PLAINTIFF HAS A RIGHT TO ADDRESS THE CONSTITUTIONAL VIOLATION THAT HAS ACCURED TO THE COURTS FOR REDRESS.WHERE A STATE PRISONER HAS THE RIGHTS TO THE COURTS UPON A CONSTITUTIONAL RIGHT BEING VIOLATED BY DEFENDANTS WHILE ACTING UNDER COLOR OF STATE LAW KNOWLY VIOLATED THE PLAINTIFFS RIGHTS.SEE: **BOUNDS V. SMITH,430 U.S. 817, 822, 97 S. CT.1491,1495, 52 L. Ed. 2d 72(1977).** ALSO SEE:**rudolph v. locke, 594 F.2d 1078, 1078,(5th cir.1979).** THIS RIGHT IS WELL ESTABLISHED BOTH IN HABEAS CORPUS ACTIONS,**JOHNSON V. AVERY,393 U.S. 483, 89 S. CT. 747, 21 L. Ed. 2d 718(1969).**AND IN CIVIL RIGHTS CASES.,**WOLFF V. McDONNELL,418 U. S. 539,577-80, 94 S. CT. 2963,2985-86. 41 L. Ed.2d. 935 (1974).** UNDER THE FOURTEENTH AMENDMENT RIGHT TO ACCESS EXTENDS TO 1983 SUIT CONCERNING CONDICTIONS OF ILLEGAL ARRESTS AND WRONGFULL ACTS KNOWLY WHILE ACTING UNDER COLOR OF STATE LAW TO DEPRIVE A CITIZEN OF HIS/HER FREEDOM KNOWLY, AND TO VIOLATE THE DUE-PROCESS RIGHTS OF THE PLAINTIFF.WHEREFORE THIS CIVIL ACTION SHOULD IN NO WAY BE DISMISSED AGAINST ANY DEFENDANT AT ALL FOR THEIR WRONGFULL ACTIONS AGAINST THE PLAINTIFF.THIS ACTION SHOULD PROCEED BY COMPLAINT AGAINST ALL NAMED DEFENDANT IN THIS CAUES OF ACTION.

CERTIFICATE OF SERVICE

I DO HEREBY CERITFY THAT I HAVE SERVED A COPY OF THE FOREGOING ONTO THE COURTS AND ALSO ONTO THE DEFENDANTS ATTORNEY BY PLACING THE SAME INTO THE UNITED STATES MAIL POSTAGE PRE-PAID ON THIS THE _22nd_ DAY OF _July_ 2007.

PLAINTIFF _Frederick L. Shaw_ A.I.S. _184740_,

P.O.BOX 56 ELMORE, ALABAMA 36025.

DORM-C2



Frederick Zenoris Shaw, 184740
State of Alabama
Central Mail Ops
#2
P.O. Box 66 Elmore, Ala
360 85
T 2
9577

Legal
Mail

RETURN SERVICE
REQUESTED

UNITED STATES POSTAGE
PITNEY BOWES
02 1N
0004214280    $ 00.41⁰
MAILED FROM ZIP CODE 36104    JUL 31 2007

OFFICE OF The Clerk
United STATES District Court
P.O. Box 711

Montgomery, Ala 36101-0711

36101+0711-11 B0079