IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

FREDERICK LENORIS SHAW,           )
                                  )
        Plaintiff,                )
                                  )        CIVIL ACTION NO.
        v.                        )        1:07cv621-MHT
                                  )             (WO)
THE CITY OF DOTHAN,               )
ALABAMA, et al.,                  )
                                  )
        Defendants.               )

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state
inmate, filed this lawsuit challenging his arrest and
conviction.  This lawsuit is now before the court on the
recommendations of the United States Magistrate Judge
that plaintiff's case be dismissed.  Also before the
court are plaintiff's objections to the recommendations.
After an independent and de novo review of the record,
the court concludes that plaintiff's objections should be
overruled and the magistrate judge's recommendations
adopted.

An appropriate judgment will be entered.

DONE, this the 9th day of August, 2007.


                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE